**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1467**

RONNIE DAVIS, on behalf of himself and all others similarly situated,

Plaintiff - Appellant,

v.

SAMUEL I. WHITE, P.C.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Lawrence Richard Leonard, Magistrate Judge. (4:16-cv-00018-LRL)

Submitted: December 21, 2018                    Decided: January 17, 2019

Before AGEE and RICHARDSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Harlan S. Miller, III, MILLER LEGAL, P.C., Macon, Georgia; Stephen B. Pershing, PERSHING LAW PLLC, Washington, D.C., for Appellant. Lisa Hudson Kim, Elizabeth Ann Coltrane, SAMUEL I. WHITE, PC, Virginia Beach, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Davis appeals the magistrate judge's orders dismissing his complaint alleging violations of the Fair Debt Collection Practices Act and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Davis v. White, No. 4:16-cv-00018-LRL* (E.D. Va. Dec. 8, 2017; Mar. 24, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*